```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                 AUG 13 2008

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY                       DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO T. VELEZ, aka RICARDO TORRES VELEZ, <br><br> Petitioner, <br><br> vs. <br><br> ANTHONY HEDGEPATH "WARDEN," <br><br> Respondent. | Case No. CV 08-0917-AHS(RC) <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, as well as petitioner's objections, and has made a _de novo_ determination.

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; (3) Ground One does not present a cognizable federal claim; (4) Grounds Two and Three have not been exhausted before the California Supreme Court; (5)

1  petitioner's request to stay these proceedings is denied; and (6)
2  Judgment shall be entered dismissing the action without prejudice.
3
4      IT IS FURTHER ORDERED that the Clerk shall serve copies of this
5  Order, the Magistrate Judge's Report and Recommendation and Judgment
6  by the United States mail on the petitioner.
7
8  DATED:   AUG 13 2008
9
10                                    _____
                                      ALICEMARIE H. STOTLER
11                                    CHIEF UNITED STATES DISTRICT JUDGE

12  R&Rs\08-0917.ado
    5/29/08
13

2