LODGED
CLERK, U.S. DISTRICT COURT
MAY 14 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
AUG 13 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO T. VELEZ, aka RICARDO TORRES VELEZ,<br><br>             Petitioner,<br><br>vs.<br><br>ANTHONY HEDGEPATH "WARDEN,"<br><br>             Respondent. | Case No. CV 08-0917-AHS(RC)<br><br><br>JUDGMENT |

IT IS ADJUDGED that Judgment be entered dismissing the action without prejudice.

DATE: AUG 13 2008

_____
ALICEMARIE H. STOTLER
CHIEF UNITED STATES DISTRICT JUDGE

R&Rs\08-0917.jud
5/14/08